1 | Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 | P.O. Box 26360
Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

PEUANG BOUNNHONG       )
                       )   Civil Action No. 1:05-CV-0004 AWI SMS
                       )
       Plaintiff,      )   STIPULATION AND ORDER
                       )
vs.                    )
                       )
JO ANNE B. BARNHART,   )
Commissioner of Social )
Security,              )
                       )
       Defendant.      )
_____)

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 60 day extension of time, until November 17, 2005, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, January 5, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

1 | Dated: September 16, 2005        /s/ Gina Fazio

2 |                                              GINA FAZIO,
                                             Attorney for Plaintiff.

3

Dated: September 19, 2005

4 |                                         MCGREGOR SCOTT
                                        United States Attorney

5

                                        By: /s/ Kristi C. Kapetan

6 |                                         (as authorized via facsimile)
                                        KRISTI C. KAPETAN

7 |                                         Assistant U.S. Attorney

8 |      IT IS SO ORDERED.

9 |      **FURTHER ORDERED:**   There shall be no further extensions of time to file an opening brief, regardless of whether there is a stipulation or not, absent a declaration setting forth details that establish good cause.

10

11

Dated: 9/26/2005

12

                                        /s/ Sandra M. Snyder

13 |                                         SANDRA M. SNYDER
                                        United States Magistrate Judge